'08 MJ 2 1 4 7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 JUL 15 AM 9: 15

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Anjeliqua ROSAS<br><br>Defendant. | Magistrate's Case Number:<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21, United States Code<br>Section(s) 952 and 960-<br>Importation of a Controlled Substance<br>(Felony): |

The undersigned complainant being duly sworn states:

## COUNT ONE

That on or about July 14, 2008, within the Southern District of California, defendant Anjeliqua ROSAS did knowingly and intentionally import approximately 35.35 kilograms of marijuana, a schedule I controlled substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, incorporated herein by reference.

_____
Angela M. Sanchez, Special Agent
U.S. Immigration & Customs Enforcement

Sworn to before me and subscribed in my presence this _15_ day of July 2008.

_____
UNITED STATES MAGISTRATE JUDGE
**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

United States of America
vs.
Anjeliqua ROSAS

# {STATEMENT OF FACTS}

On July 14, 2008, at approximately 2:04 a.m., Anjeliqua ROSAS (ROSAS) applied for entry into the United States from Mexico at the San Ysidro Port of Entry (POE). ROSAS was the driver and sole occupant of a 1997, gold Saturn bearing California license (CA/US) plate 6DVU503. United States Customs and Border Protection Officer (CBPO) F. Deogracias contacted ROSAS while performing primary inspection duties at the San Ysidro POE. CBPO Deogracias received two negative Customs declarations from ROSAS. ROSAS stated she was going to San Diego, California and that the vehicle belonged to ROSAS' friend. CBPO Deogracias inspected the vehicle and requested ROSAS to open up the trunk. ROSAS handed CBPO Deogracias a single key. CBPO Deogracias proceeded to inspect the dashboard of the vehicle and noted an almost empty glove box and observed the non-factory liner in the dashboard. CBPO Deogracias also felt a compartment like structure under the dashboard covered with non-factory liner.

CBPO E. Velazquez was assigned to the Prosecutions Unit at the San Ysidro POE and responded to a possible alien smuggling case. CBPO Velazquez inspected the 1997 gold Saturn with CA/US license plate number 6DVU503. CBPO Velazquez opened the hood of the vehicle and noticed what appeared to be a non-factory compartment in the dashboard. CBPO Velazquez noticed what appeared to be black carpeting in one of the vents in the firewall. CBPO Velazquez then opened the glove box of the vehicle and lifted a loose dashboard areas where the factory installed air bag is located and discovered what appeared to be packages wrapped in packing tape.

CBPO A. Salazar was assigned to inspect the gold Saturn with CA/US 6DVU503 license plate number in the vehicle secondary lot at the San Ysidro POE. CBPO Salazar removed a package and probed it, extracting a green leafy substance that field-tested positive for marijuana. CBPO Salazar removed a total of 27 packages with a combined weight of approximately weight of 35.35 kilograms.

At approximately 8:31, a.m. on July 14, 2008, Immigration and Customs Enforcement (ICE) Special Agent (S/A) Angela M. Sanchez advised ROSAS of her Constitutional rights, as per Miranda, in the Spanish language as witnessed by ICE S/A Kenneth Krause. Post-Miranda, ROSAS provided the following statements in summary:

ROSAS admitted knowledge that the vehicle contained marijuana. ROSAS stated she was going to take the vehicle to a San Ysidro gas station in front of the Carl's Jr. restaurant. ROSAS said she was paying off her debt from the previous load that she lost due to being arrested.

ROSAS was arrested for violating Title 21, United States Code, Sections 952 & 960-
Importation of a controlled substance.