

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ANJELIQUA ROSAS,<br><br>          Defendant. | Criminal Case No. 08CR2655-JAH<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about July 14, 2008, within the Southern District of California, defendant ANJELIQUA ROSAS, did knowingly and intentionally import approximately 35.35 kilograms (77.77 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 12, 2008.

KAREN P. HEWITT
United States Attorney

/s/ FRED SHEPPARD
Assistant U.S. Attorney

FAS:psd:San Diego
7/22/08