AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

AUG 12 2008

UNITED STATES OF AMERICA

v.

ANJELIQUA ROSAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2655-JAH

I, ANJELIQUA ROSAS, the above named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/12/2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before

Judicial Officer